KATHY BAZOIAN PHELPS (State Bar No. 155564)
STEVEN J. SCHWARTZ (State Bar No. 200586)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
  a limited liability partnership
  composed of professional corporations
2029 Century Park East, Third Floor
Los Angeles, California  90067-2904
Telephone: (310) 277-0077
Telecopier: (310) 277-5735

Attorneys for Richard K. Diamond,
Chapter 7 Trustee

ENTERED OCT 10 2002
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED OCT 10 2002
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOHN FLYNN,<br><br>       Debtor. | Bk. No. LA 01-33131-ER<br>[Chapter 7]<br><br>ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE FROM OCTOBER 8, 2001 THROUGH AUGUST 31, 2002<br><br>Date:  October 3, 2002<br>Time:  10:00 a.m.<br>Place: Courtroom "1568"<br>       255 East Temple St.<br>       Los Angeles, CA 90012 |

There came on for hearing the First Interim Application for Award of Compensation and Reimbursement of Expenses of Danning, Gill, Diamond & Kollitz, LLP, as General Counsel for Trustee (the "Application"). The Trustee, Richard K. Diamond appeared through the attorney for the Trustee, Danning, Gill, Diamond & Kollitz,

194602.1    0133131A

1  LLP, by Steven J. Schwartz. The Court considered the papers filed
2  in connection with the hearing, other papers on file in this
3  bankruptcy case; the Court determined that appropriate prior notice
4  of the hearing had been given to all parties entitled thereto; and
5  good cause appearing therefor; it is hereby ordered as follows:
6      1.  The Application is approved in its entirety.
7      2.  The Trustee's general counsel, Danning, Gill, Diamond &
8  Kollitz, LLP, is awarded an interim allowance of $39,145.00 for
9  fees and $3,936.41 for reimbursement of expenses for the period
10 October 8, 2001 through August 31, 2002.
11     3.  The Trustee is authorized to pay Danning, Gill, Diamond &
12 Kollitz, LLP, the sum of $39,145.00 of the allowed fees and
13 expenses in the amount of $3,936.41 on an interim basis.
14     4.  The comments set forth in the Court's October 2, 2002
15 tentative ruling with respect to this matter are hereby stricken.

17 DATED:    OCT 1 0 2002

THE HONORABLE ERNEST M. ROBLES
UNITED STATES BANKRUPTCY JUDGE

194602.1   0133131A                    2

## PROOF OF SERVICE

I, Cheryl Y. Caldwell, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On October 8, 2002, I served the following document(s): ***ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE FROM OCTOBER 8, 2001 TO AUGUST 31, 2020*** on the interested parties addressed as follows:

[SEE ATTACHED SERVICE LIST.]

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

(By Hand) I placed such documents in sealed envelopes and caused each envelope to be delivered by hand.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on October 8, 2002, at Los Angeles, California.

| Cheryl Y. Caldwell | *Cheryl Caldwell* |
|---|---|
| (Type or print name) | (Signature) |

-1-

195121.01 [XP]    01331131A

# SERVICE LIST

United States Trustee
Office of the U.S. Trustee
725 S. Figueroa Street
26th Floor
Los Angeles, CA 90017

Debtor
John F. Flynn
8060 E. Florence Avenue
Suite 204
Downey, CA 90240

Attorney for John F. Flynn
Perry Roshan-Zamir, Esq.
2530 Wilshire Boulevard
Third Floor
Santa Monica, CA 90403

Chapter 7 Trustee
Richard K. Diamond
2029 Century Park East
Third Floor
Los Angeles, CA 90067
*via hand delivery*

Request for Special Notice

Attorneys for Secured Creditor
Western Financial Services
Richard J. Bauer, Jr., Esq.
Miles, Wright, Finlay & Zak, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

Interested Party/Creditor
Beverly Trachtenberg-Swanson, Esq.
5641 Colfax Avenue, Suite 230
North Hollywood, CA 91601

Attorney for Elsie Stine
Claudia Kloss
41 Sunset Avenue, # 204
Venice, CA 90291

Arthur Swicker, CPA
Kaplan, Swicker & Simha
16530 Ventura Blvd., Suite 209
Encino, CA  91436

-2-

195121.01 [XP]    0133131A

**NOTE TO USERS OF THIS FORM:**
Physically attach this form as the last page of the proposed Order or Judgement.
Do **not** file this form as a separate document.

| In re (SHORT TITLE) | CHAPTER  7   CASE NUMBER: |
|---|---|
| JOHN FLYNN | ADV CASE NUMBER: |
| Debtor. | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(iv), that a judgment or order entitled (*specify*):

   ***ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE FROM OCTOBER 8, 2001 THROUGH AUGUST 31, 2002***

   was entered on (*specify date*):   OCT 1 0 2002

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (*specify date*):

   OCT 1  2002

DATED:   OCT 1 0 2002

JON D. CERETTO
Clerk of the United States Bankruptcy Court

By: _____
Deputy Clerk

## SERVICE LIST

United States Trustee
Office of the U.S. Trustee
725 S. Figueroa Street
26th Floor
Los Angeles, CA 90017

Debtor
John F. Flynn
8060 E. Florence Avenue
Suite 204
Downey, CA 90240

Attorney for John F. Flynn
Perry Roshan-Zamir, Esq.
2530 Wilshire Boulevard
Third Floor
Santa Monica, CA 90403

Chapter 7 Trustee
Richard K. Diamond
2029 Century Park East
Third Floor
Los Angeles, CA 90067

Request for Special Notice

Attorneys for Secured Creditor
Western Financial Services
Richard J. Bauer, Jr., Esq.
Miles, Wright, Finlay & Zak, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

Interested Party/Creditor
Beverly Trachtenberg-Swanson, Esq.
5641 Colfax Avenue, Suite 230
North Hollywood, CA 91601

Attorney for Elsie Stine
Claudia Kloss
41 Sunset Avenue, # 204
Venice, CA 90291

Arthur Swicker, CPA
Kaplan, Swicker & Simha
16530 Ventura Blvd., Suite 209
Encino, CA 91436

Attorneys for Richard K. Diamond, Chapter 7 Trustee
Steven J. Schwartz
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067