| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE | 10/11/2002 **FILED** 14:10<br>LA01-33131ER<br>DEBTOR:<br>  FLYNN, JOHN<br>JUDGE: HON. E. Robles - 515<br>TRUSTEE:<br>CHAPTER: 07  AD02-09999<br>--------<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIF. ID: 749<br>RECEIPT NO: LA-042439   $ 105.00 |
|---|---|---|
| Claudia Kloss, Esq. (SBN 201946)<br>41 Sunset Ave #204<br>Venice CA 90291<br>Tel. (310) 399-0400<br>Fax  (310) 401-0006<br>*Attorney for Appellant*   Elsie Stine | | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | | |
| In re:<br>John F. Flynn<br><div align="right">Debtor(s)</div> | | |
| Debtor(s) Social Security No(s)<br>567  78  3035 | CHAPTER ___7___<br>CASE NUMBER   01-33131-ER | |
| Employer's Tax Identification No(s) [if any] | ADVERSARY NUMBER | |

## NOTICE OF APPEAL

1.  NOTICE IS HEREBY GIVEN that the *(check only one box)*  ☐ plaintiff  ☐ defendant or  ☒ other party

    *(specify name of party)* _____Elsie Stine_____, appeals under 28 U.S.C.
    § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)*
    authorizing payment of trustee's attorneys' fees out of co-owner's share of sales proceeds entered in this adversary proceeding or other proceeding

    *(describe other proceeding)* on the ___7th___ day of ___October_____, *(year)* __2002__.

2.  The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

    Richard K. Diamond

    Chapter 7 Trustee

    Danning, Gill, Diamond & Kollitz
    2029 Century Park East, 3rd Floor
    Los Angeles CA 90067-2904

    Tel.: (310) 277-0077

*(Continued on next page)*



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. LA 01-33131-ER |
| | ) |
| | ) |
| JOHN FLYNN, | ) Chapter 7 |
| | ) |
| | ) **ORDER ADOPTING THE TENTATIVE** |
| | ) **RULING AS THE RULING OF THE** |
| | ) **COURT** |
| | ) |
| | ) |
| Debtor. | ) Date: October 3, 2002 |
| | ) Time: 10:00 a.m. |
| | ) Room: Courtroom 1568 |

The Court issued a tentative ruling on October 2, 2002, regarding a Motion to Authorize Payment of Attorney's Fees and Expenses Incurred by Danning, Gill, Diamond & Kollitz, LLP From Sale Proceeds of Real Property heard on October 3, 2002. The tentative ruling provided, in pertinent part:

> When a sale is made pursuant to section 363(h) with the consent of the co-owner, the co-owner must pay his/her prorata share of the expenses including attorney's fees, which directly benefitted the co-owner. See In re Fill, 76

Case 2:01-bk-33131-ER    Doc 82-1    Filed 10/11/02    Entered 10/11/02 00:00:00    Desc
Main Document    Page 3 of 4

B.R. 356 (Bankr. S.D.N.Y. 1987); COLLIER ON BANKRUPTCY ¶ 363.08[8][c] (Lawrence P. King, ed., 15th ed. 2002). Here, the Court finds that the Relief from Stay Proceedings ($3,430) and the Asset Disposition ($20,368.50) are sufficiently related to the sale expense and directly benefitted co-owner Stine . . . . [However], the Court cannot award expenses ($3,936.51) without a more detailed breakdown of the expenses as they relate to the Relief from Stay Proceedings and the Asset Disposition. Thus, the Court rules that Stine must pay a pro-rata share of the $23,798.50 in attorney's fees. Further, the Trustee should maintain the sale proceeds until all issues regarding the division of such proceeds have been determined.

After reviewing In re Golden Plan of California, Inc, 829 F.2d 705 (9th Cir. 1986), the Court finds that In re Fill is the controlling authority. Additionally, the Court finds that it is possible for the Chapter 7 Trustee to further break down the expenses to enable the Court to intelligently award the appropriate expenses. Accordingly, the Court ORDERS as follows:

The tentative ruling is hereby ordered and incorporated herein, and the Chapter 7 Trustee's request for expenses is denied without prejudice.

DATED: 10/1/02

_____
ERNEST M. ROBLES
United States Bankruptcy Judge

2

## CERTIFICATE OF SERVICE BY MAIL

I, _Earnestine Walter_, hereby certify that I mailed a true copy of the <u>ORDER ADOPTING THE TENTATIVE RULING AS THE RULING OF THE COURT</u> on _10-8-02_ to the parties listed below:

**DEBTOR**
FLYNN, JOHN
8060 E FLORENCE AVE SUITE 204
DOWNEY, CA 90240

**DEBTOR'S ATTORNEY**
PERRY ROSHAN-ZAMIR
2530 WILSHIRE BLVD, 3RD FL
SANTA MONICA, CA 90403

**CHAPTER 7 TRUSTEE**
RICHARD K DIAMOND
DANNING, GILL, DIAMOND & KOLLITZ
2029 CENTURY PK EAST 3RD FLOOR
LOS ANGELES, CA 90067-2904

**U.S. TRUSTEE**
725 S. FIGUEROA ST., 26th Floor
LOS ANGELES, CA. 90017

**ATTORNEY FOR ELSIE STEIN**
CLAUDIA KLOSS
41 SUNSET AVE, #204
VENICE, CA 90291

_Earnestine Walter_
Clerk